ANGELA ALIOTO, (SBN 130328)
angela@aliotolawoffice.com
Law Offices of Mayor Joseph L. Alioto
And Angela Alioto
700 Montgomery Street
San Francisco, CA 94111
Telephone: 415- 434-8700
Facsimile: 415-438-4638

JOHN SCARPINO, (SBN 151377)
jhscarpino@comcast.net
Law Office of John Scarpino
700 Montgomery Street
San Francisco, CA 94111
Telephone: 415-516-6147
Facsimile: 415-438-4638

Attorneys for Plaintiffs
Gloria Young and
Margaret Cephas-Gross

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gloria Young; Margaret Cephas Gross,<br><br>    Plaintiffs,<br><br>vs.<br><br>Holland America Line, N.V., a foreign corporation; Carnival Corporation, dba Carnival Cruise Lines, a foreign corporation; CWC, Inc., dba Costco Travel, a Washington corporation; and DOES 1-10,<br><br>    Defendants | CASE NO.: 3:16-CV-04820-JST<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR A FRCP RULE 35 MEDICAL EXAMINATION OF PLAINTIFF YOUNG AND PLAINTIFF CEPHAS-GROSS** |

IT IS STIPULATED BY AND BETWEEN ALL PARTIES to this case, through their respective counsel as follows:

1. Plaintiff Gloria Young and Plaintiff Margaret Cephas-Gross each seek compensation for physical injuries sustained while on a cruise upon the MS EURODAM. Plaintiffs seek compensation for past and future medical costs and for pain and suffering as a result of their physical injuries.

2. The parties agree that Plaintiff Young' and Plaintiff Cephas-Gross' physical condition is in dispute. The parties further agree that Plaintiff Young and Plaintiff Cephas-Gross will each submit to a FRCP Rule 35 medical examination of the physical injuries they claim in this case on the terms set forth below.

3. The medical examination of each Plaintiff will be performed by Dr. Victor Prieto, M.D., a board certified Orthopedic Surgeon, and by such assistants and colleagues as he may call upon to assist him or advise him during the examinations.

4. The examination of Plaintiff Gloria Young will take place on May 24, 2017 at 5:00 p.m., at the Center for Sports Medicine, St. Francis Hospital, 900 Hyde Street, 11th Floor, San Francisco, California, tele: (415) 353-6400. The examination will continue for as long as reasonably required, not to exceed three (3) hours duration.

5. The examination of Plaintiff Margaret Cephas-Gross will take place on May 25, 2017 at 5:00 p.m., at the Center for Sports Medicine, St. Francis Hospital, 900 Hyde Street, 11th Floor, San Francisco, California, tel: (415) 353-6400. The examination will continue for as long as reasonably required, not to exceed three (3) hours duration.

6. The examination of each Plaintiff will consist of an oral medical history and interview, a review of pertinent available medical records, a physical examination, and possibly imaging or other studies as may be deemed appropriate by Dr. Prieto. Plaintiffs will cooperate with Dr. Prieto during the examination, including responding fully and honestly to appropriate questions. The scope of the examination will be to determine the nature, cause, and extent of, and/or prognosis for the physical injuries Plaintiffs sustained while on a cruise on the MS EURODAM.

7. Plaintiffs' counsel will accompany each Plaintiff to the examination, but counsel will not be present in the examination room.

8. Each Plaintiff will be permitted to audio record the examination with a small handheld digital recorder. Plaintiffs' counsel will provide Defense Counsel with a copy of the digital recording for each exam after the examination has concluded.

9. Before the date of each exam, Dr. Prieto will provide each Plaintiff with any written forms he would like completed. Each Plaintiff will provide the completed forms when they arrive for their examinations.

10. The examination will not include any diagnostic test that is painful, protracted, or intrusive. Each Plaintiff will be given 48 notice of the types of diagnostic tests that may be performed at each examination.

11. Each Plaintiff will arrive for the medical examination 15 minutes before the appointment. Dr. Prieto requires at least two (2) days' notice for cancellations. Plaintiff shall immediately notify their counsel if they are unable to attend the examination for any reason, and Plaintiffs will be responsible for Dr. Prieto's cancellation fee for any failure to comply with the cancellation policy.

12. The parties agree that this Stipulation constitutes a request by each Plaintiff for a copy of Dr. Prieto's written report setting out in detail Dr. Prieto's findings, including diagnoses, conclusions, and the results of any tests, pursuant to FRCP 35. Defendants will promptly provide each report to upon receipt from Dr. Prieto, via email and by U.S. mail to Plaintiffs' counsel.

13. The parties agree that each physical examination will be subject to the parties' Stipulated Protective Order for Standard Litigation [docket no. 60.] Defendants will provide Dr. Prieto with a copy of the Stipulated Protective Order for Standard Litigation and obtain Dr. Prieto's signed Acknowledgment of the Protective Order either before the examination or at the examination before the commencement of the examination. The parties further designate Dr. Prieto's report and all medical records reviewed by Dr. Prieto are confidential pursuant to the terms of the Stipulated Protective Order for Standard Litigation.

14. Defendants will provide Dr. Prieto with a copy of this Stipulation.

15. The parties agree Dr. Prieto will retain until November 3, 2017, all test results and raw data collected during any test conducted by Dr. Prieto, as well as any notes, memos or completed forms regarding the examination made during or after the exams, including any written observations or information obtained by Dr. Prieto during the examination.

16. The parties agree to comply with the terms of this Stipulation in the event the Court has not issued the requested stipulated order before the date of Dr. Prieto's examinations of Plaintiffs.

**IT IS SO STIPULATED.**

Date: May 18, 2017

LAW OFFICE OF JOHN SCARPINO

By: _____
John Scarpino
Attorney for Plaintiffs
GLORIA YOUNG and
MARGARET CEPHAS-GROSS

Date: 5/19, 2017

FLYNN, DELICH & WISE

By: _____
Lisa Conner
Attorney for Defendants
HOLLAND AMERICA LINE, N.V.,
COSTCO WHOLESALE
CORPORATION and CARNIVAL
CORPORATION

# ORDER

**IT IS SO ORDERED.**

Date: May 19, 2017

Hon. Jon S. Tigar
United States District Judge