1  ANGELA ALIOTO, (SBN 130328)
   angela@aliotolawoffice.com
2  Law Offices of Mayor Joseph L. Alioto
   And Angela Alioto
3  700 Montgomery Street
   San Francisco, CA 94111
4  Telephone: 415- 434-8700
   Facsimile: 415-438-4638
5
   JOHN SCARPINO, (SBN 151377)
6  jhscarpino@comcast.net
   Law Office of John Scarpino
7  700 Montgomery Street
   San Francisco, CA 94111
8  Telephone: 415-516-6147
   Facsimile: 415-438-4638
9
   Attorneys for Plaintiffs
10 Gloria Young and
   Margaret Cephas-Gross

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gloria Young; Margaret Cephas Gross, | CASE NO.: 3:16-CV-04820-JST |
| Plaintiffs, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FRCP RULE 35 PSYCHOLOGICAL EXAMINATION OF PLAINTIFF YOUNG AND PLAINTIFF CEPHAS-GROSS |
| Holland America Line, N.V., a foreign corporation; Carnival Corporation, dba Carnival Cruise Lines, a foreign corporation; CWC, Inc., dba Costco Travel, a Washington corporation; and DOES 1-10, | |
| Defendants | |

Plaintiffs, GLORIA YOUNG and MARGARET CEPHAS-GROSS, and Defendants, HOLLAND AMERICA LINE, N.V., CARNIVAL CRUISE LINES, and COSTCO TRAVEL by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff Gloria Young and Plaintiff Margaret Cephas-Gross (collectively, "Plaintiffs") each seek compensation for mental injuries allegedly sustained while they were passengers aboard the cruise ship MS EURODAM.

---

3:16-CV-04820-JST                    1
Stip. and ~~Proposed~~ Order for Psychological Exam

2. The parties agree that Plaintiffs' mental conditions are in dispute. The parties further agree that Plaintiffs will each submit to an FRCP Rule 35 medical examination of the mental injuries they each claim in this case on the terms set forth below.

3. The medical examination of each Plaintiff's mental condition will be performed by Dr. Ronald Roberts, a board-certified forensic psychologist, and by such assistants and colleagues as Dr. Roberts may call upon to assist and advise during the examinations.

4. Dr. Roberts' examination of Plaintiff Young will take place on May 22, 2017 at 2000 Van Ness Ave., Suite 512, San Francisco, CA 94109, Tel. (415) 776-2000. The examination will begin at 8:30 a.m. and end no later than 5:30 p.m., with one (1) hour break for lunch and other breaks as needed.

5. Dr. Roberts' examination of Plaintiff Cephas-Gross will take place on May 25, 2017 at 2000 Van Ness Ave., Suite 512, San Francisco, CA 94109, Tel. (415) 776-2000. The examination will begin at 8:30 a.m. and end no later than 5:30 p.m., with one (1) hour break for lunch and other breaks as needed.

6. Each Plaintiff will arrive at Dr. Roberts' examination 15 minutes before the appointment time. If either Plaintiff is unable to attend the examination for any reason, Plaintiffs' counsel shall immediately notify counsel for Defendants, and Plaintiffs will be responsible for any cancellation fees charged by Dr. Roberts for failure to comply with his cancellation policy.

7. Dr. Roberts' examination of each Plaintiff will consist of an oral medical history and background interview, a review of pertinent medical records, standard psychological testing under MMPI-2, and such other tests or studies as may be deemed appropriate by Dr. Roberts. Plaintiffs will cooperate with Dr. Roberts during the examination, including responding fully and honestly to appropriate questions. The scope of the examinations will be to determine the nature, cause, extent of, and prognosis for, the mental injuries each Plaintiff allegedly sustained while passengers aboard the cruise ship MS EURODAM.

8. Plaintiffs' counsel will be permitted to accompany each Plaintiff to Dr. Roberts' examination, but counsel will not be present in the examination room.

9. Plaintiffs will not video or audio record any portion of the examination. If Dr. Roberts video or audio records any portion of the examination, Dr. Roberts will provide counsel for the Defendants with a copy of the video or audio recording upon the conclusion of the examination. Counsel for the Defendants will promptly provide Plaintiffs' counsel with any video or audio recording of the examination received from Dr. Roberts.

10. The parties agree that this Stipulation constitutes a request by each Plaintiff for a copy of Dr. Roberts' written report detailing his findings, diagnoses, conclusions, and test results. Upon receipt of Dr. Roberts' aforementioned reports, counsel for Defendants will promptly deliver the reports to Plaintiffs' counsel via email and U.S. mail.

11. The parties agree that each physical examination will be subject to the parties' Stipulated Protective Order for Standard Litigation [docket no. 60.] Defendants will provide Dr. Roberts with a copy of the Stipulated Protective Order for Standard Litigation and obtain Dr. Roberts' signed Acknowledgment of the Protective Order either before the examination or at the examination before the commencement of the examination. The parties further designate Dr. Roberts' report and all medical records reviewed by Dr. Roberts as confidential pursuant to the terms of the Stipulated Protective Order for Standard Litigation.

12. Defendants will provide Dr. Roberts with a copy of this Stipulation.

13. The parties agree Dr. Roberts will retain until November 3, 2017, all test results and raw data collected during any test conducted by Dr. Roberts, as well as any notes, memos or completed forms regarding the examination made during or after the exams, including any written observations or information obtained by Dr. Roberts during the examination.

14. The parties agree to comply with the terms of this Stipulation in the event the Court has not issued the requested stipulated order before the date of Dr. Roberts' examinations of Plaintiffs.

IT IS SO STIPULATED.

Date: May 18, 2017

LAW OFFICE OF JOHN SCARPINO

By: _____
John Scarpino
Attorney for Plaintiffs
GLORIA YOUNG and
MARGARET CEPHAS-GROSS

Date: 5/18, 2017

FLYNN, DELICH & WISE

By: _____
Lisa Conner
Attorney for Defendants
HOLLAND AMERICA LINE, N.V.,
COSTCO WHOLESALE
CORPORATION and CARNIVAL
CORPORATION

ORDER

IT IS SO ORDERED.

Date: May 19, 2017

_____
Hon. Jon S. Tigar
United States District Judge