Lisa M. Conner (SBN 167903)
lisac@fdw-law.com
Norry S. Harn (SBN 306124)
norryh@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Attorneys for Defendants,
HOLLAND AMERICA LINE, N.V., COSTCO WHOLESALE
CORPORATION and CARNIVAL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA YOUNG, MARGARET CEPHASS-GROSS,<br><br>Plaintiffs,<br><br>vs.<br><br>HOLLAND AMERICA LINE, N.V., a foreign corporation; CARNIVAL CORPORATION, dba CARNIVAL CRUISE LINES, a foreign corporation; CWC TRAVEL, INC., dba COSTCO TRAVEL, a Washington corporation; and DOES 1-10,<br><br>Defendants. | CASE NO: 3:16-cv-04820 JST<br><br>**STIPULATED REQUEST TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER** |

Plaintiffs GLORIA YOUNG and MARGARET CEPHAS-GROSS (collectively, "Plaintiffs"), and Defendants HOLLAND AMERICA LINE, N.V., CARNIVAL CORPORATION dba CARNIVAL CRUISE LINES and CWC TRAVEL, INC. dba COSTCO TRAVEL (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows pursuant to Civil L.R. 6-2:

1. By court order, the deadline to complete private mediation is currently set for July 5, 2017 and the deadline to file a joint mediation statement is set for July 12, 2017 [Dkt. No. 57];

2. The parties have scheduled private mediation with mediator Harris E. Weinberg of Harris E. Weinberg Mediation on September 11, 2017;

3. Due to scheduling conflicts between the parties, their respective counsel, and the agreed-upon mediator, September 11, 2017 is the earliest date that the parties are able to complete private mediation;

4. The parties and their respective counsel agree that this request for continuance does not result from any lack of diligence on the parties' or counsels' parts;

5. Pursuant to Civil L.R. 6-2(a)(2), the parties hereby disclose the following previous time modifications in this case: By stipulation, the parties agreed to extend the time for Defendants to answer Plaintiffs' Complaint from January 11, 2017 to January 25, 2017 [Dkt. No. 53];

6. Pursuant to Civil L.R. 6-2(a)(3), the parties note that the deadline for expert disclosures is currently set for September 1, 2017 and the deadline for expert rebuttals is set for September 28, 2017;

7. The parties agree that in light of the scheduled mediation, and to conserve litigation fees and costs, good cause also exists for a short continuance of the current expert disclosure and rebuttal deadlines;

8. Based on the foregoing, the parties respectfully request that the Court continue the deadline to complete private mediation to September 13, 2017 in order to account for the possibility of a multi-day mediation, and continue the deadline to file a joint mediation statement to September 20, 2017; and

9. The parties respectfully request that the Court also continue the deadline for expert disclosures and expert rebuttals to September 27, 2017 and October 24, 2017, respectively, or to dates agreeable to the Court.

///

///

IT IS SO STIPULATED.

Date: June 13, 2017

LAW OFFICES OF JOHN SCARPINO

By: _____
John Scarpino
Law Offices of John Scarpino
Attorneys for Plaintiffs
GLORIA YOUNG, MARGARET
CEPHASS-GROSS

Date: June 13, 2017

FLYNN, DELICH & WISE LLP

By: _____
Lisa M. Conner
Norry S. Harn
Attorneys Defendants,
HOLLAND AMERICA LINE, N.V.,
COSTCO WHOLESALE CORPORATION
and CARNIVAL CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 14, 2017

_____
JON S. TIGAR
United States District Judge

- 3 -